

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00248-CR

Serena **JOSEPH**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2023CR11216
Honorable Ron Rangel, Judge Presiding

PER CURIAM

Sitting: Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice
    Irene Rios, Justice

Delivered and Filed: June 5, 2024

DISMISSED FOR WANT OF JURISDICTION

On March 19, 2024, the trial court filed an order for evaluation of competency, which is not an appealable judgment. *See Sanchez v. State*, No. 04-18-00281-CR, 2018 WL 2418432, at *1 (Tex. App.—San Antonio May 30, 2018, no pet.) (mem. op., not designated for publication) (citing *Jackson v. State*, No. 01-13-00561-CR, 2014 WL 123838, at *1 (Tex. App.—Houston [1st Dist.] Jan. 14, 2014, no pet.); *Woods v. State*, 108 S.W.3d 314, 316 n.6 (Tex. Crim. App. 2003); TEX. CODE CRIM. PROC. art. 46B.011). On April 1, 2024, Appellant filed a notice of appeal.

On April 16, 2024, we ordered Appellant to show cause as to why this court should not dismiss for want of jurisdiction.  *See* TEX. R. APP. P. 43.2(f).

Appellant did not respond.  Because the order for evaluation of competency is not an appealable order, we dismiss this appeal for want of jurisdiction.  *See id.*; *Sanchez*, 2018 WL 2418432, at *1.

PER CURIAM

DO NOT PUBLISH